# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-20034
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 30, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

NICOLAS OLLOQUE, III, also known as Nicolas Olloque, also known as Nicholas Olloque,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-438-1

Before JONES, HIGGINSON, and WILLETT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Nicolas Olloque, III, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Olloque has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.